1

2

3                    IN THE UNITED STATES DISTRICT COURT

4                    FOR THE EASTERN DISTRICT OF CALIFORNIA

5

6  JEFFERSON DEAN UNDERWOOD,          )        1:06-CV-00431-OWW-TAG-HC
                                      )
7              Petitioner,            )        ORDER TO SUBMIT NEW
                                      )        APPLICATION TO PROCEED IN
8      vs.                            )        FORMA PAUPERIS AND CERTIFIED
                                      )        COPY OF PRISON TRUST ACCOUNT
9  KERN COUNTY SUPERIOR COURT,        )        STATEMENT **OR** PAY FILING FEE
                                      )
10                                    )
               Respondent.            )
11 _____  )

12

13         Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of

14 habeas corpus pursuant to 28 U.S.C. § 2254 together with a request for leave to proceed in forma

15 pauperis pursuant to 28 U.S.C. § 1915.  However, petitioner's request was not filed on the proper

16 form, and petitioner did not file a certified copy of his prison trust account statement for the six

17 month period immediately preceding the filing of the petition.  See 28 U.S.C. § 1915(a)(2).

18 Petitioner will be provided the opportunity to submit a new application to proceed in forma

19 pauperis and a certified copy of his trust account statement, **or** pay the $5.00 filing fee.

20         In accordance with the above, IT IS HEREBY ORDERED that:

21     1.    The Clerk is DIRECTED to send to petitioner a form for application to proceed in

22           forma pauperis by a prisoner; and

23     2.    Within thirty (30) days of the date of service of this order, petitioner shall submit

24           a completed application to proceed in forma pauperis and a certified copy of his

25           prison trust account statement for the six month period immediately preceding the

26

                                          1

1   filing of the petition, or in the alternative, pay the $5.00 filing fee for this action.

2   Failure to comply with this order will result in a recommendation that this action

3   be dismissed.

4

5   IT IS SO ORDERED.

6   Dated:   **May 22, 2006**                                    _____**/s/ Theresa A. Goldner**_____
    **j6eb3d**                                                UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26