1

2

3

4 **UNITED STATES DISTRICT COURT**

5 EASTERN DISTRICT OF CALIFORNIA

6

7 JEFFERSON DEAN UNDERWOOD,          )   1:06-cv-00431-LJO-TAG HC
                                     )
8                       Petitioner,  )   ORDER ADOPTING FINDINGS AND
                                     )   RECOMMENDATION (Doc. 13)
9      v.                            )
                                     )   ORDER DISMISSING PETITION FOR WRIT
                                     )   OF HABEAS CORPUS  (Doc. 1)
10                                   )
   KERN COUNTY SUPERIOR COURT,       )   ORDER DIRECTING CLERK OF COURT
11                                   )   TO ENTER JUDGMENT
                                     )
12                      Respondent.  )
                                     )
13 _____   )

14

15         On April 14, 2006, Petitioner filed a petition for writ of habeas corpus pursuant to 28

16 U.S.C. § 2254 in this Court.

17         On August 6, 2007, the Magistrate Judge assigned to the case filed a Findings and

18 Recommendation recommending the motion to dismiss be granted and that the petition for writ

19 of habeas corpus be dismissed for Petitioner's failure to follow the Court's orders.  (Doc. 13).

20 This Findings and Recommendation was served on all parties and contained notice that any

21 objections were to be filed within twenty days from the date of service of that order.  To date, the

22 parties have not filed timely objections to the Findings and Recommendation.

23         In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted

24 a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that

25 the Magistrate Judge's Findings and Recommendation is supported by the record and proper

26 analysis.

27         Accordingly, IT IS HEREBY ORDERED that:

28         1.      The Findings and Recommendation, filed August 6, 2007 (Doc. 13), is

1

1       ADOPTED IN FULL;

2     2     This petition for writ of habeas corpus (Doc. 1), is DISMISSED; and

3     3.     The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.

4     This order terminates the action in its entirety.

5 IT IS SO ORDERED.

6 **Dated:**   **August 28, 2007**              **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28